IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| MICHAEL DOWNS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:22-cv-00009-HAB-SLC |
| | ) |
| RAYTHEON TECHNOLOGIES CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**UNOPPOSED MOTION TO EXTEND DEFENDANT'S DEADLINE TO SERVE AN EXPERT REPORT ON DAMAGES**

Defendant Raytheon Technologies Corporation requests the Court enter an order extending Defendant's deadline to serve an expert report on damages until 30 days after the Court's order on any dispositive motion. In support of this motion, Defendant states:

1. Defendant's deadline to submit the report of a damages expert under Rule 26(a)(2) is November 7, 2022, which deadline has not passed. (Dkt. 32 at 2.)

2. The parties are scheduled to mediate the dispute on December 20. If the mediation is successful, Defendant will not need to retain an expert.

3. If mediation is not successful, Defendant contemplates filing a motion for summary judgment. The dispositive motions deadline is not until February 6, 2023, and the Court's ruling on such a motion may obviate the need for damages experts.

4. Moreover, later-created damages reports are likely to be more accurate, which is critical in light of the fact Plaintiff seeks decades of front pay.

5. Defendant has conferred with counsel for Plaintiff, and Plaintiff does not object to this extension.

WHEREFORE, Defendant respectfully requests that the Court enter an order extending the its deadline to serve any expert report on damages until 30 days after the Court rules on any motion for summary judgment.

        Respectfully submitted,

        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  s/ *Michael Mohler*
      Kenneth B. Siepman, #15561-49
      Michael C. Mohler, #34703-49
      300 N. Meridian Street, Suite 2700
      Indianapolis, Indiana  46204
      Telephone:  (317) 916-1300
      Facsimile:  (317) 916-9076
      *kenneth.siepman@ogletree.com*
      *michael.mohler@ogletree.com*

      Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2022, a copy of the foregoing was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent to all parties who are registered CM/ECF users and may access this filing through the Court's system.

    John C. Theisen
    Nathaniel O. Hubley
    Theisen & Hubley, LLC
    810 S. Calhoun St., Suite 200
    Fort Wayne, IN 46802
    *nhubley@theisen-associates.com*
    *jtheisen@theisen-associates.com*

        s/ *Michael Mohler*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:  317.916.1300
Facsimile:  317.916.9076