UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| MICHAEL DOWNS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 1:22-cv-00009 |
| | ) |
| RAYTHEON TECHNOLOGIES CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES

Plaintiff, Michael Downs ("Downs"), by counsel, moves the Court to extend the discovery deadline and the dispositive motion deadline. In support of this unopposed motion, Downs states:

1. Pursuant to the Scheduling Order and Memorandum of Preliminary Pretrial Conference dated April 14, 2022 (DE 32), the deadline to complete discovery is currently January 6, 2023. The deadline to file any dispositive motions is February 6, 2023.

2. The parties have engaged in discovery and the deposition of Plaintiff has been conducted.

3. The parties currently have mediation scheduled to take place on December 20, 2022, at 9:30 a.m.

4. Downs seeks to extend the discovery deadline and the dispositive motion deadline because in the event the parties are able to resolve this claim at mediation, the parties would save considerable time and expense associated with additional anticipated depositions. Additionally, Downs seeks to extend these deadlines due to the fact that scheduling the additional anticipated depositions would be difficult to accomplish given the existing timeframe.

1

5. Downs requests that the Court extend the discovery deadline to March 3, 2023, to allow the parties to complete additional anticipated discovery in the event that this claim is not resolved at mediation on December 20, 2022.

6. Additionally, Downs requests that the deadline for dispositive motions be extended from February 2, 2023 to April 7, 2023.

7. Attorney Kenneth Siepman, counsel for Defendant, has no objection to the requested extensions of the discovery and dispositive motion deadlines.

8. Downs' request for extending the discovery and dispositive motion is made in good faith and not for purposes of delay.

WHEREFORE, Downs, by counsel, requests that the Court grant this unopposed motion and extend the discovery deadline to March 3, 2023 and extend the dispositive motion deadline to April 7, 2023, and for any other relief this Court deems appropriate.

Respectfully submitted,

THEISEN HUBLEY LAW

*/s/ Nathaniel O. Hubley*
John C. Theisen (549-02)
Nathaniel O. Hubley (28609-64)
810 South Calhoun Street, Suite 200
Fort Wayne, Indiana 46802
Telephone: (260) 422-4255
Facsimile: (260) 422-4245
*ATTORNEYS FOR PLAINTIFFS*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on December 2, 2022, a true and correct copy of the above and foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

Kenneth B. Siepman, #15561-49
Michael C. Mohler, #34703-49
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
111 Monument Circle, Ste. 4600
Indianapolis, IN 46204
Email: kenneth.siepman@ogletree.com
        michael.mohler@ogletree.com

*Attorneys for Defendant*

*/s/ Nathaniel O. Hubley*
Nathaniel O. Hubley